70 F.3d 111
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Franklin E. DENNISON, Petitioner-Appellant,
v.
STATE of South Carolina; T. Travis Medlock, Attorney
General of the State of South Carolina,
Respondents-Appellees.
 No. 95-6455.
 United States Court of Appeals, Fourth Circuit.
 Submitted: September 19, 1995.
Decided: November 17, 1995.
 
 Franklin E. Dennison, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, SC, for Appellee.
 Before WIDENER and NIEMEYER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition, as well as the denial of his motion for discovery and motion to show cause. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dennison v. South Carolina, No. CA-94-1697-3-OBD (D.S.C. Aug. 4, 1994; Sept. 26, 1994; March 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED